JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio Company, Ltd. and Sanrio, Inc., <br><br>　　　　　　Plaintiffs, <br>　v. <br>Gearment, LLC, Terry Le a/k/a Ton Truong Le and Does 1 through 10, inclusive, <br><br>　　　　　　Defendants. | Case No. 8:20-cv-02037-FLA (ADSx) <br><br>**CONSENT DECREE AND PERMANENT INJUNCTION** <br>**[DKT. 28]** |

The court has read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Sanrio Company, Ltd. and Sanrio, Inc. (collectively "Plaintiffs") and Defendants Gearment Inc. f/k/a Gearment, LLC and Terry Le a/k/a Ton Truong Le (collectively "Defendants") in this action. Dkt. 28. The court finds the proposed Consent Decree fair, adequate, and reasonable. *See United States v. State of Or.*, 913 F.2d 576, 580 (9th Cir. 1990). Good cause appearing therefore, the court ORDERS that based on the parties' Stipulation and only as to Defendants, their successors, heirs, and assignees, this Consent Decree and Permanent Injunction shall be and is hereby entered in the within action as follows:

1. This court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338.  Service of process was properly made against Defendants.
2. This court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 et seq., and 28 U.S.C. §§ 1331 and 1338.  Service of process was properly made against Defendants.
3. Plaintiffs have expended considerable resources in the creation and commercial exploitation of Plaintiffs' Properties on merchandise and in the enforcement of the intellectual property rights in Plaintiffs' Properties.
4. Plaintiffs have alleged that Defendants have made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.
5. Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Properties, including, but not limited to, manufacturing, importing, distributing, advertising, selling, offering for sale, any unauthorized product which features any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically:
    a) Importing, manufacturing, distributing, advertising, selling, offering for sale, the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;
    b) Importing, manufacturing, distributing, advertising, selling, offering for sale, renting or offering to rent in connection thereto any unauthorized

  promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

 c) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs; or

 d) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

6. Plaintiffs shall be entitled to recover from Defendants the sum of Forty-Five Thousand U.S. Dollars ($45,000.00) pursuant to the terms of the parties' Release and Settlement Agreement dated and effective February 24, 2021.

7. Each side shall bear its own fees and costs of suit.

8. Except as provided herein, all claims alleged in the Complaint are dismissed without prejudice.

9. This Consent Decree and Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the court.

10. The court finds there is no just reason for delay in entering this Consent Decree and Permanent Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the court directs immediate entry of this Consent Decree and Permanent Injunction against Defendants.

11. The court shall retain jurisdiction over Defendants and this action to entertain such further proceedings and to enter such further orders as may be necessary or

appropriate to implement and enforce the provisions of this Consent Decree and Permanent Injunction or of the Parties' Release and Settlement Agreement dated and effective February 24, 2021.

DATED: April 12, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

# EXHIBIT A

# SANRIO CO.'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) |
|---|---|
| TX 3-769-888 | SANRIO 1993 Product and Sales Promotion Catalog |
| VAu 684-322 | Sanrio 2005 Character Guide |
| VA 1-303-874 | Character Merchandising |
| VA 1-296-115 | 2004 – 100 Characters |
| VA 1-370-517 | Cotton Flower Summer 2006 Catalog No. 0602 |
| VA 148-780 | Hello Kitty Notebook |
| VA 1-342-775 | Sanrio 2002 Hello Kitty Style Guide |
| VAu 1-078-385 | Sanrio 2010 Character Guide |
| VAu 1-223-912 | Sanrio Character Mini Brochure 2015 |
| Vau 531-649 | Hello Kitty Head Dress 2001 |
| VA 1-434-211 | Hello Kitty with Teddy Bear Stickers (Supplement) |
| VA 246-420 | Hello Kitty with Teddy Bear Stickers |
| VA 52-941 | Hello Kitty Bus Stop Seal Set |
| VA 811-440 | Bad Badtz Maru |
| VA 1-296-111 | CHARMMY KITTY / August 04 |
| VAu 498-617 | Chococat |
| VA 148-624 | Hello Kitty, Little Twin Stars, My Melody and Robby Rabbit Independence Day Stickers (Supplement) |
| VA 1-434-209 | Hello Kitty, Little Twin Stars, My Melody and Robby Rabbit Independence Day Stickers |
| VA 636-579 | KeroKeroKeroppi |
| VA 707-212 | KeroKeroKeroppi |
| VA 1-416-373 | keepin' it green (KEROPPI) |
| VA 1-370-525 | CHARMMY KITTY (honey); KUROMI; SUGARBUNNIES; HELLO KITTY(jewel) Everyday Catalog 2005 |
| VA 1-434-208 | Little Twin Stars with Unicorn Stickers (Supplement) |
| VA 246-421 | Little Twin Stars |
| VA 130-422 | LITTLE TWIN STARS, a boy and girl with star background |
| VA 840-495 | Monkichi |
| VA 130-419 | MY MELODY, a bunny with hood |
| VA 1-370-524 | MY MELODY&KUROMI(flower);HELLO KITTY(bee bear) Everyday Catalog December 2005 |
| VA 148-778 | MY MELODY AND FRIENDS FRAGRANT STICKERS |
| VA 130-421 | Patty & Jimmy |
| VA 636-582 | Pekkle |
| VA 840-496 | Picke Bicke |
| VA 636-580 | Pochaco |
| VA 148-625 | Tuxedo Sam |
| VA 840-494 | Winkipinki |
| VA 636-581 | Zashikibuta |
| VA 1-352-721 | Keroppi / Little Frog…Big Splash |
| VA 657-748 | KOBUTA NO PIPPO |
| VA 1-342-774 | SANRIO 2005 KEROPPI STYLE GUIDE |
| Vau 655-028 | THE RUNABOUTS – 2001 |

| | |
|---|---|
| VA 1-416-374 | TENORIKUMA(BLUE CAFE), MY MELODY(HEART), KUROMI(KUROMI5), CHARMMY KITTY(RABBIT), HELLO KITTY(LOGO) EVERYDAY CAT.JUNE 2006 |
| VA 1-416-375 | MASYUMARU(INTRO); CINNAMOROLL(SPORT); SUGARBUNNIES(DOUGHNUTS); CHARMMYKITTY(RABBIT); LITTLE TWIN STARS(STARS); HELLO KITTY(BEAR); EVERYDAY CATALOG JULY 2006 |
| VA 1-370-020 | PANDAPPLE(INTRO), FROOLIEMEW(FANCY), CHOCOCAT(DOT)/SANRIO 2005 PRODUCT CATALOG AUG NEW |
| VA 1-967-937 | Strawberry News No. 548/ Introducing Kirimichan and Gudetama, et al. |
| VA 1-303-873 | DOKIDOKI HOTDOG / THE CHILI PEPPER TRIO / CATALOG EVERYDAY 5 MAY 2003 |
| VA 1-967-946 | GUDETAMA Fan Book |
| VA 1-962-577 | Gudetama Clear Folder |
| VA 1-967-947 | Gudetama Philosophy |
| VAu 1-307-709 | AGGRETSUKO/AGGRESSIVERETSUKO |
| VA 2-102-318 | AGGRETSUKO/AGGRESSIVERETSUKO: Smartphone Application Stamp Images |
| VA 2-090-675 | First Official Fan Book! Sanrio Charariman |
| VA 2-090-677 | AGGRETSUKO/AGGRESSIVERETSUKO Book of Phrases and Expressions |

# EXHIBIT B

# SANRIO CO.'S TRADEMARKS

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| (Hello Kitty face) | 1277721 | 5/15/1984 |
| (Hello Kitty face) | 1200083 | 7/6/1982 |
| (Hello Kitty face) | 4858353 | 11/24/2015 |
| (Hello Kitty face) | 4818053 | 9/22/2015 |
| (Bow) | 3272377 | 7/31/2007 |
| (Bow) | 3445304 | 6/10/2008 |
| (Bow) | 4760381 | 6/23/2015 |
| Sanrio♡ | 2435865 | 3/13/2001 |
| Sanrio♡ | 2845115 | 5/25/2004 |
| Sanrio♡ | 2693638 | 3/4/2003 |
| Sanrio♡ | 4850578 | 11/10/2015 |
| Sanrio♡ | 4850581 | 11/10/2015 |
| Sanrio♡ | 4850579 | 11/10/2015 |

| Mark | Reg. No. | Reg. Date |
|---|---|---|
| Sanrio | 4854803 | 11/17/2015 |
| Sanrio | 4854804 | 11/17/2015 |
| Sanrio SMILES | 2435866 | 3/13/2001 |
| Sanrio SMILES | 2742382 | 7/29/2003 |
| Sanrio SMILES | 2742383 | 7/29/2003 |
| HELLO KITTY | 1215436 | 11/9/1982 |
| HELLO KITTY | 1279486 | 5/29/1984 |
| HELLO KITTY | 4845739 | 11/3/2015 |
| HELLO KITTY | 4845741 | 11/3/2015 |
| HELLO KITTY | 4850607 | 11/10/2015 |
| BADTZ MARU | 2284470 | 10/12/1999 |
| CHARMMY KITTY | 3505706 | 9/23/2008 |
| Chococat | 2705163 | 4/8/2003 |
| CINNAMOROLL | 2952634 | 5/17/2005 |
| KEROPPI | 3449938 | 6/17/2008 |
| KEROPPI | 3531380 | 11/11/2008 |
| LITTLE TWIN STARS | 1192946 | 4/6/1982 |

| | | |
|---|---|---|
| LITTLE TWIN STARS | 3245996 | 5/29/2007 |
| LITTLE TWIN STARS | 3245998 | 5/29/2007 |
| LITTLE TWIN STARS | 1341864 | 6/18/1985 |
| MY MELODY | 1210192 | 9/28/1982 |
| MY MELODY | 1305637 | 11/20/1984 |
| POCHACCO | 2236507 | 4/6/1999 |
| GUDETAMA | 5246977 | 7/18/2017 |
| gudetama the lazy egg | 5242102 | 7/11/2017 |
| [gudetama image] | 5246978 | 7/18/2017 |
| Aggretsuko | 5814150 | 7/23/2019 |
| [Japanese Aggretsuko logo] | 6112134 | 7/28/2020 |
| [Aggretsuko character image] | 5814152 | 7/23/2019 |
| [Aggretsuko rage character image] | Serial No. 88866641 | Filed 4/9/2020 |